```
AAFES
P.O. BOX 650410
HEADQUARTERS ARMY & AIRFORCE EXCHANGE
DALLAS TX 75265-0410


AARGON AGENCY INC.
3025 W. SAHARA
LAS VEGAS NV 89102


ACTION LOAN
723 SOUTH AIR DEPOT
MIDWEST CITY OK 73110


ADVANCED EAR NOSE & THROAT
P.O. BOX 700930
TULSA OK 74170


ADVANCED LOAN
1819 SOUTH AIR DEPOT
MIDWEST CITY OK 73110


AMERIPATH OKC
DIAGNOSTIC PATHOLOGY
P.O. BOX 849893
DALLAS TX 75284


ARROW FINANCIAL SERVICES
5996 WEST TOUHY AVENUE
NILES IL 60714


BRUNDAGE MANAGEMENT COMPANY
215 EAST TRAVIS
SAN ANTONIO TX 78205


CAC FINANCIAL CORPORATION
2601 N.W. EXPRESSWAY
SUITE 1000 EAST
OKLAHOMA CITY OK 73112-7236
```

```
CITY OF OKLAHOMA CITY
UTILITIES
420 WEST MAIN STREET
SUITE #100
OKLAHOMA CITY OK 73102




CONTINENTAL CREDIT
4607 S.E. 29TH STREET
DEL CITY OK 73115




CONTINENTAL CREDIT
C/O: SECURITY FINANCE
P.O. BOX 3146
SPARTANBURG SC 29304




COURTESY LOANS
1012 SOUTH DOUGLAS BLVD.
MIDWEST CITY OK 73130




COX COMMUNICATIONS
IN C/O: CREDIT MANAGEMENT LP
4200 INTERNATIONAL PARKWAY
CARROLLTON TX 75007




CREDIT COLLECTIONS INC.
P.O. BOX 60607
OKLAHOMA CITY OK 73146-0607




CREDIT SYSTEMS
1485 GARDEN OF THE
SUITE#120
COLORADO SPRINGS CO 80907




CSI GROUP
2519 N.W. 23RD STREET
SUITE 204
OKLAHOMA CITY OK 73107
```

```
EMERGENCY PHYSCIANS OF MIDWEST CITY
P.O. BOX 96408
OKLAHOMA CITY OK 73143-6408



FIRST PREMIER BANK
P.O. BOX 5519
SIOUX FALLS SD 57117-5519



FMS
P.O. BOX 707600
TULSA OK 74170-7600



GERALD JOSEPH ANESTHESIA
P.O. BOX 26706
SECTION 3114
OKLAHOMA CITY OK 73126-0706



HERTZ CORPORATION
HLE COMMERCIAL DEPT #1154
P.O. BOX 121154
DALLAS TX 75312-1154



IRS
55 NORTH ROBINSON
OKLAHOMA CITY OK 73104



LAW OFFICE OF MITCHELL BLU
2222 TEXOMA PARKWAY
SUITE #150
SHERMAN TX 75091



LOAN EXPRESS
4411 SOUTH SHIELDS
OKLAHOMA CITY OK 73112



MANHATTAN MANAGEMENT
1168 N. DOUGLAS BLVD
MIDWEST CITY OK 73130
```

```
MASTER FINANCE
1401 S.W. 44TH STREET
OKLAHOMA CITY OK 73119


MIDWEST CITY HMA PHYS MANAGEMENT
P.O. BOX 281596
ATLANTA GA 30384-1596


MIDWEST CITY LOANS
P.O. BOX 30399
MIDWEST CITY OK 73140


MIDWEST CITY REGIONAL HOSPITAL
ATTN: BILLING
2825 PARLAWN DRIVE
MIDWEST CITY OK 73110


MIDWEST CITY REGIONALMEDICAL CENTER
P.O. BOX 405970
ATLANTA GA 30384-5970


MIDWEST RADIOLOGY ASSOC PC
PO BOX 269046
OKLAHOMA CITY OK 73126


MIDWEST REGIONAL HOSPITAL
P.O. BOX 405970
ATLANTA GA 30384-5970


MIDWEST REGIONAL MEDICAL CENTER
2825 PARKLAWN DRIVE
MIDWEST CITY OK 73110


MIDWEST REGIONAL MEDICAL CENTER
P.O. BOX 405970
ATLANTA GA 30384-5970
```

```
OG&E
P.O. BOX 321
OKLAHOMA CITY OK 73101-0321



OKLAHOMA CITY CLINIC
P.O. BOX 57825
OKLAHOMA CITY OK 73157-7825



OKLAHOMA NATURAL GAS
IN C/O: NCO FINANCIAL
P.O. BOX 41667
PHILADELPHIA PA 19101



OKLAHOMA TAX COMMISSION
PO BOX 53248
OKLAHOMA CITY OK 73152



OU MEDICAL CENTER
ATTN: BILLING OFFICE
600 N.E. 13TH STREET
OKLAHOMA CITY OK 73105



PREMIER CREDIT CARD
3820 NORTH LOUISE AVENUE
SIOUX FALLS SD 57107-0145



SPRINT PCS
IN C/O: ENHANCED RECOVERY
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256



SUN LOANS
1200 SOUTH AIR DEPOT
SUITE V
MIDWEST CITY OK 73110



TOWER LOANS
4621 S.E. 29TH STREET
DEL CITY OK 73115
```

```
U S CELLULAR
IN C/O: PORTFOLIO RECOVERY
120 CORPORATE BLVD.
NORFOLK VA 23502


WEST ASSETT MANAGEMENT
2703 NORTH HIGHWAY 75
SHERMAN TX 75090
```