UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re: **Tiffany Carter** ,  )
)
_____, )   Case No. **11-10783**
)
Debtor(s).              )

### PAY ADVICE COVER SHEET

The attached pay information is filed on behalf of the debtors. The pay advices were received as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| **OKLAHOMA COUNTY SHERIFF'S OFFICE** | **08/2010** | **12/2010** |

Filed on **February 25, 2011** .

by  **/s/ Dekovan L. Bowler**

(Signature)

**Dekovan L. Bowler**

**1800 S. Midwest Blvd.**

**Midwest City, OK 73110**

**(405)733-3000  dlbowler@hotmail.com**
Printed Name, Address, Phone

☒   Attorney for Debtor(s)   OBA# **15193**

☐   Pro se debtor

| EMPLOYEE NAME | SOCIAL SECURITY NO. | EMPLOYEE NO. | ORGANIZATION | | |
|---|---|---|---|---|---|
| Tiffany Lenea Carter | 9123 | 6391 | Sheriff | | |
| PERIOD START | PERIOD END | PAYMENT DATE | CHECK NUMBER | BASE SALARY | SICK HOURS | VAC HOURS |
| 01-AUG-2010 | 31-AUG-2010 | 31-AUG-2010 | 820025068 | 2182.00 | | |
| FEDERAL FILING STATUS | FEDERAL ALLOWANCE | STATE FILING STATUS | STATE ALLOWANCE | | |
| Single | | 5 | Single (OK) | 5 | | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HRS | AMOUNT | YR TO DATE | DESCRIPTION | AMOUNT | YR TO DATE |
| Regular Salary | 176.00 | 2182.00 | 17062.92 | (OK) SIT | 45.00 | 338.00 |
| | | | | FIT | 3.20 | 13.60 |
| | | | | MEDICARE | 29.82 | 232.91 |
| | | | | SS | 127.53 | 995.90 |
| | | | | PPO Select PT | 125.00 | 1000.00 |
| | | | | OCSO_Hope Team | 1.00 | 8.00 |

| SUMMARIES: | CURRENT | YR TO DATE |
|---|---|---|
| GROSS PAY | 2182.00 | 17062.92 |
| PRE-TAX DEDUCTIONS | 125.00 | 1000.00 |
| TAX DEDUCTIONS | 205.55 | 1580.41 |
| OTHER DEDUCTIONS | 1.00 | 8.00 |
| NET PAY | 1850.45 | 14474.51 |

| EMPLOYEE NAME Tiffany Lenea Carter | | | SOCIAL SECURITY NO. 9123 | EMPLOYEE NO. 6391 | ORGANIZATION Sheriff | | |
|---|---|---|---|---|---|---|---|
| PERIOD START 01-SEP-2010 | PERIOD END 30-SEP-2010 | PAYMENT DATE 30-SEP-2010 | CHECK NUMBER 820025706 | | BASE SALARY 2182.00 | SICK HOURS | VAC HOURS |
| FEDERAL FILING STATUS Single | | FEDERAL ALLOWANCE 5 | | STATE FILING STATUS Single (OK) | | STATE ALLOWANCE 5 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HRS | AMOUNT | YR TO DATE | DESCRIPTION | AMOUNT | YR TO DATE |
| Regular Salary | 176.00 | 2182.00 | 19244.92 | (OK) SIT | 45.00 | 383.00 |
| | | | | FIT | 3.20 | 16.80 |
| | | | | MEDICARE | 29.83 | 262.74 |
| | | | | SS | 127.54 | 1123.44 |
| | | | | PPO Select PT | 125.00 | 1125.00 |
| | | | | OCSO_Hope Team | 1.00 | 9.00 |

| SUMMARIES: | CURRENT | YR TO DATE |
|---|---|---|
| GROSS PAY | 2182.00 | 19244.92 |
| PRE-TAX DEDUCTIONS | 125.00 | 1125.00 |
| TAX DEDUCTIONS | 205.57 | 1785.98 |
| OTHER DEDUCTIONS | 1.00 | 9.00 |
| NET PAY | 1850.43 | 16324.94 |

| EMPLOYEE NAME Tiffany Lenea Carter | | | SOCIAL SECURITY NO. 9123 | EMPLOYEE NO. 6391 | ORGANIZATION Sheriff | | |
|---|---|---|---|---|---|---|---|
| PERIOD START 01-OCT-2010 | PERIOD END 31-OCT-2010 | PAYMENT DATE 29-OCT-2010 | CHECK NUMBER 820026258 | | BASE SALARY 2182.00 | SICK HOURS | VAC HOURS |
| FEDERAL FILING STATUS Single | | FEDERAL ALLOWANCE | 5 | STATE FILING STATUS Single (OK) | | STATE ALLOWANCE | 5 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HRS | AMOUNT | YR TO DATE | DESCRIPTION | AMOUNT | YR TO DATE |
| Regular Salary | 168.00 | 2182.00 | 21426.92 | (OK) SIT | 45.00 | 428.00 |
| | | | | FIT | 3.20 | 20.00 |
| | | | | MEDICARE | 29.83 | 292.57 |
| | | | | SS | 127.53 | 1250.97 |
| | | | | PPO Select PT | 125.00 | 1250.00 |
| | | | | OCSO_Hope Team | 1.00 | 10.00 |

| SUMMARIES: | CURRENT | YR TO DATE |
|---|---|---|
| GROSS PAY | 2182.00 | 21426.92 |
| PRE-TAX DEDUCTIONS | 125.00 | 1250.00 |
| TAX DEDUCTIONS | 205.56 | 1991.54 |
| OTHER DEDUCTIONS | 1.00 | 10.00 |
| NET PAY | 1850.44 | 18175.38 |

| EMPLOYEE NAME | SOCIAL SECURITY NO. | EMPLOYEE NO. | ORGANIZATION | SICK HOURS | VAC HOURS |
|---|---|---|---|---|---|
| Tiffany Lenea Carter | 9123 | 6391 | Sheriff | | |
| PERIOD START | PERIOD END | PAYMENT DATE | CHECK NUMBER | BASE SALARY | |
| 01-NOV-2010 | 30-NOV-2010 | 30-NOV-2010 | 820027000 | 2202.00 | |
| FEDERAL FILING STATUS | | | STATE FILING STATUS | STATE ALLOWANCE | |
| Single | | 5 | Single (OK) | 5 | |

### EARNINGS

| DESCRIPTION | HRS | RATE | YR TO DATE |
|---|---|---|---|
| Regular Salary | 176.00 | 2202.00 | 23628.92 |

### DEDUCTIONS

| DESCRIPTION | AMOUNT | YR TO DATE |
|---|---|---|
| (OK) SIT | 46.00 | 474.00 |
| FIT | 5.20 | 25.20 |
| MEDICARE | 30.11 | 322.68 |
| SS | 128.77 | 1379.74 |
| PPO Select PT | 125.00 | 1375.00 |
| OCSO_Hope Team | 1.00 | 11.00 |

### SUMMARIES:

| | CURRENT | YR TO DATE |
|---|---|---|
| GROSS PAY | 2202.00 | 23628.92 |
| PRE-TAX DEDUCTIONS | 125.00 | 1375.00 |
| TAX DEDUCTIONS | 210.08 | 2201.62 |
| OTHER DEDUCTIONS | 1.00 | 11.00 |
| NET PAY | 1865.92 | 20041.30 |

| EMPLOYEE NAME Tiffany Lenea Carter | | | SOCIAL SECURITY NO. 9123 | | EMPLOYEE NO. 6391 | | ORGANIZATION Sheriff | | |
|---|---|---|---|---|---|---|---|---|---|
| PERIOD START 01-DEC-2010 | PERIOD END 31-DEC-2010 | PAYMENT DATE 30-DEC-2010 | CHECK NUMBER 820028249 | | | BASE SALARY 2202.00 | | SICK HOURS | VAC HOURS |
| FEDERAL FILING STATUS Single | | FEDERAL ALLOWANCE | | 5 | STATE FILING STATUS Single (OK) | | | STATE ALLOWANCE 5 | |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HRS | AMOUNT | YR TO DATE | DESCRIPTION | AMOUNT | YR TO DATE |
| Regular Salary | 184.00 | 2202.00 | 25830.92 | (OK) SIT | 46.00 | 520.00 |
| | | | | FIT | 5.20 | 30.40 |
| | | | | MEDICARE | 30.12 | 352.80 |
| | | | | SS | 128.77 | 1508.51 |
| | | | | PPO Select PT | 125.00 | 1500.00 |
| | | | | OCSO_Hope Team | 1.00 | 12.00 |

| SUMMARIES: | CURRENT | YR TO DATE |
|---|---|---|
| GROSS PAY | 2202.00 | 25830.92 |
| PRE-TAX DEDUCTIONS | 125.00 | 1500.00 |
| TAX DEDUCTIONS | 210.09 | 2411.71 |
| OTHER DEDUCTIONS | 1.00 | 12.00 |
| NET PAY | 1865.91 | 21907.21 |